INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):     8/21/2019

2. Deadline for first request for production of documents and first request for interrogatories:     9/23/2019

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:     plaintiff(s) __0__ ; defendant(s) __0__

3. Date for completion of any joinder of additional parties and amendment of the pleadings:     9/5/2019

3(a). Number of proposed additional parties to be joined, if any, by:     plaintiff(s) __0__ ; defendant(s) __0__

4. Number of depositions by plaintiff(s) of:     parties __2__ ; non-parties __1__

5. Number of depositions by defendant(s) of:     parties __2__ ; non-parties __1__

6. Date of status conference (joint status report due two business days in advance):     10/23/2019

7. Date for completion of factual discovery:     12/3/2019

8. Are expert witnesses needed?     Yes __X__ No ___

8(a). Number of expert witnesses, if any, of plaintiff(s):     medical __0__ ; non-medical __1__

8(b). Date for completion of those expert reports:     1/3/2020

8(c). Number of expert witnesses, if any, of defendant(s):     medical __0__ ; non-medical __1__

8(d). Date for completion of those expert reports:     2/7/2020

9. Date for completion of expert discovery:     3/6/2020

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance):     6/5/2020

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions:     Motion for Summary Judgment     4/3/2020

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:  Motion for Summary Judgment  
4/3/2020

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)  Yes ___  No X

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)  Yes ___  No X

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)  Yes ___  No X